# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2011

142902 & (111)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CHERYL DEBANO-GRIFFIN,
    Plaintiff-Appellee,

v

LAKE COUNTY and LAKE COUNTY
BOARD OF COMMISSIONERS,
    Defendants-Appellants.

SC: 142902
COA: 282921
Lake CC: 05-006469-CZ

_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 24, 2011 and March 24, 2011 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

   ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2011

Clerk

p0421